AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>Michael Irvin Hughes<br><br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:22cr8-MR-WCM<br><br>**FILED**<br>Asheville, NC<br><br>FEB 24 2022<br><br>Clerk, US District Court<br>Western District of NC |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Irvin Hughes ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Did knowingly and intentionally possess with intent to distribute a quantity of methamphetamine, a Schedule II controlled substance. In furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that being possession with intent to distribute a controlled substance, did knowingly possess a firearm.

Date: 2/1/22

*Issuing officer's signature*
Frank S. Johns

City and state: Asheville, NC

Frank G. Johns, Clerk, U.S. District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/01/2022 , and the person was arrested on *(date)* 02/17/2022
at *(city and state)* Asheville, NC .

Date: 02/23/2022

*Arresting officer's signature*

Aaron J. Bryson DUSM
*Printed name and title*