UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No: 1:22-CR-00008-1-MR-WCM |
| vs. | ) | |
| | ) | |
| MICHAEL IRVIN HUGHES, | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

COMES NOW the undersigned counsel for Michael Irvin Hughes, James W. Kilbourne, Jr., and hereby moves this Honorable Court for an Order allowing Counsel to withdraw from representation of Michael Irvin Hughes, and in support thereof does offer the following:

1. Mary Ellen Coleman withdrew from representing Michael Irvin Hughes on August 10, 2022, due to an internal conflict of interest at the Federal Defendant's Office.

2. The undersigned was notified of his appointment on August 10, 2022, but has yet to make an appearance or meet with his client.

3. During the initial discussions with Ms. Coleman on August 12, 2022, it appeared that the undersigned had a potential, undiscovered conflict of interest related to another matter handled by the undersigned. This conflict was shared with Ms. Coleman during this initial discussion.

1

4. After further investigation, this conflict of interest prevents the undersigned from representing Michael Irvin Hughes.

5. Counsel believes his withdrawal can be accomplished at this time without a materially adverse effect on the Defendant's interest.

Respectfully submitted, this the 16th day of August, 2022.

/s/ James W. Kilbourne, Jr.
James W. Kilbourne, Jr.
N.C. Bar No. 24354
ALLEN STAHL & KILBOURNE, PLLC
Attorney for Defendant
20 Town Mountain Road, Suite 100
Asheville, NC 28801
828-254-4778
jamesk@asklawnc.com